1
2
3
4
5
6        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                      AT SEATTLE

8   UNITED STATES OF AMERICA,

9                        Plaintiff,          Case No. MJ18-103

10          v.                               **DETENTION ORDER**

11  KAMAJAH J. SKANNAL,

12                       Defendant.

13          The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14  and based upon the factual findings and statement of reasons for detention hereafter set forth,

15  finds that no condition or combination of conditions which the defendant can meet will

16  reasonably assure the appearance of the defendant as required and the safety of any other person

17  and the community.

18          **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19          (1)      Defendant has pending criminal changes in the District of Oregon. His

20  performance on pretrial release has been rocky. He has been before the Court before and this

21  District declined courtesy pretrial supervision due to problems with defendant's compliance. He

22  was charged in this district for criminal offenses which were dropped due to legal problems with

23

the manner in which the evidence against him was obtained. Though the charges were dropped it appears defendant was engaged in criminal conduct while on pretrial supervision.

(2)     It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of March, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge